**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael Eugene MCCLURE,**
**Defendant—Appellant.**

No. 03–30295.

United States Court of Appeals,
Ninth Circuit.

---

Submitted May 10, 2004.*

Decided May 19, 2004.

Floyd G. Short, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Carol A. Koller, Esq., Federal Public Defender's Office, Seattle, WA, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Michael Eugene McClure appeals his 11–month sentence imposed upon the revocation of his supervised release. We dismiss this appeal as moot because McClure has completed serving his entire sentence, and thus lacks standing to raise any challenge to it. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999) (citing *Spencer v. Kemna,* 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998)).

Accordingly, the motion of Carol Koller, Esq., to withdraw as counsel of record is **GRANTED** and the appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.